IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AIDA OLIVA, | CASE NO. 5:13-cv-02927 EJD |
| Plaintiff(s), | **ORDER DIRECTING PLAINTIFF TO FILE NEW COMPLAINT; SCHEDULING CASE MANAGEMENT CONFERENCE** |
| v. | |
| COUNTY OF SANTA CLARA, et. al., | |
| Defendant(s). | |

In light of the order severing Plaintiff Aida Oliva's ("Oliva") claims from Smith v. County of Santa Clara, Case No. 5:11-cv-05643 EJD (see Docket Item No. 1), the court orders Oliva to file a new Complaint containing only her claims within the matter captioned above on or before **July 5, 2013.**

In addition, the court schedules this action for a Case Management Conference on **August 9, 2013, at 10:00 a.m.** The parties shall file a Joint Case Management Conference Statement on or before **August 2, 2013.**

**IT IS SO ORDERED.**

Dated:  June 26, 2013

EDWARD J. DAVILA
United States District Judge

CASE NO. 5:13-cv-02927 EJD
ORDER DIRECTING PLAINTIFF TO FILE NEW COMPLAINT; SCHEDULING CASE MANAGEMENT CONFERENCE