**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AIDA OLIVA, | CASE NO. 5:13-cv-02927 EJD |
| Plaintiff(s), | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| COUNTY OF SANTA CLARA, et. al., | |
| Defendant(s). | |

Having reviewed the parties' Joint Case Management Statement (see Docket Item No. 5), the court finds that a scheduling conference is unnecessary at this time. Accordingly, the Case Management Conference scheduled for August 9, 2013, is CONTINUED to **December 6, 2013, at 11:00 a.m.** The parties shall file an updated Joint Case Management Statement on or before **November 27, 2013.**

**IT IS SO ORDERED.**

Dated: August 5, 2013

_____
EDWARD J. DAVILA
United States District Judge