**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AIDA OLIVA, | CASE NO. 5:13-cv-02927 EJD |
| Plaintiff(s), | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| v. | |
| COUNTY OF SANTA CLARA, et. al., | |
| Defendant(s). | |

Having reviewed the parties' Joint Case Management Statement (see Docket Item No. 41), the court has determined that a scheduling conference is unnecessary at this time. Accordingly, the Case Management Conference scheduled for December 6, 2013, is VACATED.

The court schedules a Preliminary Pretrial Conference in this action for **March 7, 2014, at 11:00 a.m.** The parties shall file a Joint Preliminary Pretrial Conference Statement on or before **February 25, 2014.**

**IT IS SO ORDERED.**

Dated: December 3, 2013

EDWARD J. DAVILA
United States District Judge