**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AIDA OLIVA, | CASE NO. 5:13-cv-02927 EJD |
| Plaintiff(s), | **ORDER CONTINUING PRELIMINARY PRETRIAL CONFERENCE** |
| v. | |
| COUNTY OF SANTA CLARA, et. al., | |
| Defendant(s). | |

Having reviewed the parties' joint statement (see Docket Item No. 45), the court has determined that a pretrial conference is premature at this time. Accordingly, the Preliminary Pretrial Conference scheduled for March 7, 2014, is CONTINUED to **11:00 a.m. on April 25, 2014.** On or before April 15, 2014, the parties shall file an updated Joint Preliminary Pretrial Conference Statement.

**IT IS SO ORDERED.**

Dated: March 4, 2014

EDWARD J. DAVILA
United States District Judge