IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AIDA OLIVA, | CASE NO. 5:13-cv-02927 EJD |
| Plaintiff(s), | **ORDER CONTINUING PRELIMINARY PRETRIAL CONFERENCE** |
| v. | |
| COUNTY OF SANTA CLARA, et. al., | |
| Defendant(s). | |

Having reviewed the parties' Joint Preliminary Pretrial Conference Statement (see Docket Item No. 47), the court has determined that a pretrial conference is premature at this time.

Accordingly, the Preliminary Pretrial Conference scheduled for April 25, 2014, is CONTINUED to **11:00 a.m. on July 25, 2014.** The parties shall file an updated Joint Preliminary Pretrial Conference Statement on or before **July 15, 2014.**

**IT IS SO ORDERED.**

Dated: April 21, 2014

EDWARD J. DAVILA
United States District Judge

1
CASE NO. 5:13-cv-02927 EJD
ORDER CONTINUING PRELIMINARY PRETRIAL CONFERENCE